[287]          *PATTEN & STEWART *v.* RAY.

[1]LIMITATIONS, ACTION ON FOREIGN JUDGMENT.—A foreign judgment is not "a contract, obligation or liability for the payment of money, founded on an instrument of writing executed out of this State," within the meaning of the Statute of Limitations.

APPEAL from the ———— Judicial District.

Mr. Ch. J. MURRAY delivered the opinion of the Court. Mr. J. HEYDENFELDT concurred.

The Court below properly decided that a foreign judgment was not "a contract, obligation or liability for the payment of money, founded on an instrument of writing executed out of this State," within the meaning of the Statute of Limitations. We have already decided at this Term † that the Act of '52 does not alter the time, as provided in the Act of '50, for commencing suits upon this class of liabilities.

Judgment affirmed with costs.

---

[1] Followed in *Taylor* v. *Dewey*, Cal. Sup. Ct. July T. 1854.
†*Cavender* v. *Guild*, *ante*, 250.